**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02128-BNB

GABE MARTINEZ,

    Plaintiff,

v.

MARRIOTT INTERNATIONAL,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On August 19, 2014, Plaintiff submitted a copy of his Dismissal and Notice of Rights (ECF No. 5) from the Equal Opportunity Commission. However, he still has failed to cure all deficiencies listed in the order to cure of August 8, 2014 (ECF No. 4), specifically, he has failed to submit an amended Title VII Complaint that includes a request for relief. The amended Title VII Complaint should stand on its own without reference to the original Title VII Complaint (ECF No. 1) Plaintiff filed on July 31, 2014. Plaintiff continues to have **thirty (30) days from the August 8 order** in which to cure all deficiencies. Failure to do so within the time allowed may result in the dismissal of the instant action.

Dated: August 21, 2014