IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-02128-MSK-KMT | Date: | September 3, 2015 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

*Parties:*                                                             *Counsel:*

GABE MARTINEZ,                             *Pro se*

   Plaintiff,

v.

MARRIOTT INTERNATIONAL,            Alyson Smith
                                                  Joshua Kirkpatrick

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**10:00 a.m.**    **Court in session.**

Court calls case. Appearances of counsel.

Discussion with Plaintiff regarding appropriate court protocol and language.

Discussion regarding scheduling Plaintiff's deposition and extending discovery deadlines.

**ORDERED:** Defendant's Motion to Compel Plaintiff's Deposition Attendance [35] is GRANTED, however, no sanctions will be awarded.

                **Plaintiff's deposition is scheduled for September 16, 2015 starting at 8:00 a.m. and will conclude no later than 1:30 p.m., without all parties' agreement. The deposition will be held at the law offices of Littler Mendelson. Plaintiff's deposition will be continued to September 17, 2015, if needed. Defendant may determine the start time of the deposition, as discussed, however, the deposition will conclude no later than 1:30 p.m.**

**ORDERED:** Plaintiff's Motion for Clarification and Sanctions for Inappropriate Conduct by Counsel [37] is DENIED, for reasons stated on record.

**ORDERED:** Discovery deadlines are extended as follows:
- **Discovery cut off - September 25, 2015, for the limited purpose of taking Plaintiff's deposition .**
- **Dispositive motions - October 23, 2015.**

**ORDERED:** **Defendant shall serve its Notice of Deposition, as discussed, by close of business on September 4, 2015.  Court finds the Notice of Deposition is timely based on the discussion held at today's hearing.**

**10:18 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:18

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.